UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: <br> JASON L. VAN ZANT <br> SHELLEY A. VAN ZANT <br><br> Debtors | CASE NO: 08-31531 <br> (Chapter 13) <br><br> JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4100144**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 18 | DAYTON ARTHRITIS & ALLERGY <br> % CITY CREDITS COMPANY AGENT <br> 3077 KETTERING BLVD SUITE 109 <br> MORAINE, OH  45439 | 19.20 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/23/2011

Certificate of Service                              08-31531

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JASON L. VAN ZANT<br>SHELLEY A. VAN ZANT<br>1900 COURTLAND AVENUE<br>DAYTON, OH  45420 | LESTER R THOMPSON<br>1340 WOODMAN DR<br>DAYTON, OH  45432 | (18.1)<br>DAYTON ARTHRITIS & ALLERGY<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 |
| (1023.1n)<br>ELIZABETH CHINAULT<br>90 PADDOCK TRAIL<br>SPRINGBORO, OH  45066 | (1022.1n)<br>JASON SALDANHA<br>DYER, GAROFALO, MANN & SCHULTZ<br>131 N. LUDLOW ST.<br>SUITE 1400<br>DAYTON, OH  45402 | (45.1n)<br>US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>BOX 5609<br>GREENVILLE, TX  75403 |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv